# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND


FILED
2017 DEC -5 PM 12: 40
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN RE:                                )

**MICHAEL ANTONIO RODRIQUEZ**   )   Case No. **16-14925-TJC**
                                      )   Chapter 13
                                      )
         Debtor                       )

## MOTION IN OPPOSITION TO ~~TO RECONSIDER AND TO DISMISS~~
## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND
## NOTICE OF OPPORTUNITY FOR A HEARING

Comes now, **MICHAEL ANTONIO RODRIQUEZ**, Chapter 13 Debtor herein and states that the Debtor is no longer in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the Debtor have now been made as proposed.

The material default consisting of $6,000.00, representing 3.00 plan payments, have now been paid with a copy of the receipt of confirmation of payments attached.


Date: December 4, 2017                Respectfully Submitted /s/ Michael A. Rodriguez
                                      /s/MICHAEL ANTONIO RODRIQUEZ
                                      CHAPTER 13 DEBTOR
                                      7224 WOOD HOLLOW TERRACE
                                      FORT WASHINGTON, MD 20744
                                      BLACKIEVI@AOL.COM

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2017, a copy of the Motion ~~to Reconsider~~ In Opposition to... was emailed, and on the 5th day of December 2017, was mailed first class, postage prepaid to:

NANCY L. SPENCER GRIGSBY
CHAPTER 13 TRUSTEE
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401
NGRIGSBY@CH13MD.COM

/s/MICHAEL ANTONIO RODRIQUEZ
MICHAEL ANTONIO RODRIQUEZ
CHAPTER 13 DEBTOR

2017 DEC -5 PM 12:41
FILED
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

Subj: **Online ePay Payment Center – Payment Submitted**
Date: 12/1/2017 5:45:39 A.M. Eastern Standard Time
From: epayquestions@ch13md.com
To: blackievi@aol.com

**michael rodriquez**

Thank you for making an online ePay plan payment for your Chapter 13 Bankruptcy case. The payment has been submitted for processing and will be confirmed after 5pm Eastern. The details regarding the payment are below. If you would like to verify your payment has been received and credited to your bankruptcy case, please visit www.13datacenter.com in approximately 3 business days. Any questions regarding you case should be directed to your attorney.

**HOLD POLICY**

All payments are placed on a 15 calendar day hold by the Trustee to guarantee validity of funds. Funds are subject to disbursement in the next disbursement cycle following expiration of the 15 calendar day hold. If your case is dismissed, completed or converted following any payment received by the trustee using this ePay system, no such funds will be refunded to you until at least sixty (60) calendar days have passed since the payment receipt.

**NSF POLICY**

If any debit entry to your checking/savings account is returned unpaid for any reason then you agree to pay us a fee of $25.00 and authorize us to initiate a separate debit entry in that amount to your checking/savings account. If any debit entry to your checking/savings account is returned as insufficient or for stop payment then you understand your access to this system may be revoked and you may no longer be eligible to initiate payments using this system.

Sincerely,

Nancy L. Spencer Grigsby, Chapter 13 Trustee

**Your account will be debited $ 4,002.00 on the 04 Dec 2017**
**Online Payment ID:**            16149255993
Payment Confirmation Number:      4486655

Payment Type:                     Single Payment
Payment Entered Date:             01 Dec 2017
Payment Date:                     01 Dec 2017
Payment Effective Date:           04 Dec 2017

Payment Amount:                   $ 2,000.00
Additional Payment:               $ 2,000.00
                                  06 - Other

Bank Processing Fee:              $ 2.00
**Total Amount:**                 **$ 4,002.00**

*Please note that this payment will be shown as two separate debits on your account, in the amounts of $ 4,000.00 and $ 2.00*

Monday, December 04, 2017 AOL: Blackievi

Subj: **Online ePay Payment Center – Payment Submitted**
Date: 12/4/2017 6:32:41 P.M. Eastern Standard Time
From: epayquestions@ch13md.com
To: blackievi@aol.com

michael rodriquez

Thank you for making an online ePay plan payment for your Chapter 13 Bankruptcy case. The payment has been submitted for processing and will be confirmed after 5pm Eastern. The details regarding the payment are below. If you would like to verify your payment has been received and credited to your bankruptcy case, please visit www.13datacenter.com in approximately 3 business days. Any questions regarding you case should be directed to your attorney.

**HOLD POLICY**

All payments are placed on a 15 calendar day hold by the Trustee to guarantee validity of funds. Funds are subject to disbursement in the next disbursement cycle following expiration of the 15 calendar day hold. If your case is dismissed, completed or converted following any payment received by the trustee using this ePay system, no such funds will be refunded to you until at least sixty (60) calendar days have passed since the payment receipt.

**NSF POLICY**

If any debit entry to your checking/savings account is returned unpaid for any reason then you agree to pay us a fee of $25.00 and authorize us to initiate a separate debit entry in that amount to your checking/savings account. If any debit entry to your checking/savings account is returned as insufficient or for stop payment then you understand your access to this system may be revoked and you may no longer be eligible to initiate payments using this system.

Sincerely,

Nancy L. Spencer Grigsby, Chapter 13 Trustee

**Your account will be debited $ 2,002.00 on the 06 Dec 2017**
| | |
|---|---|
| **Online Payment ID:** | 16149255993 |
| Payment Confirmation Number: | 4499091 |
| Payment Type: | Single Payment |
| Payment Entered Date: | 04 Dec 2017 |
| Payment Date: | 05 Dec 2017 |
| Payment Effective Date: | 06 Dec 2017 |
| Payment Amount: | $ 2,000.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 2,002.00** |

*Please note that this payment will be shown as two separate debits on your account, in the amounts of $ 2,000.00 and $ 2.00*

## Make A Payment

1. Accept Terms & Conditions     2. Confirm Payment Details     **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 06 Dec 2017, $ 2,002.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 4499091 |
| Payer Name: | michael rodriquez |
| Payer Email Address: | blackievi@aol.com |
| Online Payment ID: | 16149255993 |
| Nancy Spencer Grigsby: | Nancy Spencer Grigsby |
| Payment Type: | Single Payment |
| Payment Entered Date: | 04 Dec 2017 |
| Payment Date: | 05 Dec 2017 |
| Payment Effective Date: | 06 Dec 2017 |
| Payment Amount: | $ 2,000.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 2,002.00** |

Please note, this payment will show as two separate debits to your banking account in the amounts of $ 2,000.00 and $ 2.00

 Close Window     Print

# Make A Payment

1. Accept Terms & Conditions    2. Confirm Payment Details    **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 04 Dec 2017, $ 4,002.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 4486655 |
| Payer Name: | michael rodriquez |
| Payer Email Address: | blackievi@aol.com |
| Online Payment ID: | 16149255993 |
| Nancy Spencer Grigsby: | Nancy Spencer Grigsby |
| Payment Type: | Single Payment |
| Payment Entered Date: | 01 Dec 2017 |
| Payment Date: | 01 Dec 2017 |
| Payment Effective Date: | 04 Dec 2017 |
| Payment Amount: | $ 2,000.00 |
| Additional Payment: | $ 2,000.00 |
| | 06 - Other |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 4,002.00** |

Please note, this payment will show as two separate debits to your banking account in the amounts of $ 4,000.00 and $ 2.00

 Close Window     Print